## GREENE *v.* BARRON *et al.*

FISH, P. J.   1. When in an action on a bond against the principal and his sureties the petition was dismissed on joint demurrer of all the defendants, the sureties were necessary parties defendant to a bill of exceptions sued out by the plaintiff, alleging error upon the judgment sustaining such demurrer and dismissing the petition.   *Western Un. Tel. Co.* v. *Griffith*, 111 *Ga.* 551, 556–557, and cit.

2. Where persons who are essential parties defendant to a bill of exceptions are neither named nor designated therein as such, and the only attempt to do so is by using with reference to them the abbreviation "et al.," following the name of one who is a proper defendant in error, a motion to dismiss the writ of error for want of necessary parties thereto will be sustained.   *Farr* v. *Farr*, 113 *Ga.* 577.

3. An acknowledgment of service upon a bill of exceptions does not relate to or bind any person not actually named or sufficiently designated therein as a defendant in error when the acknowledgment is entered.   *Orr* v. *Webb*, 112 *Ga.* 806 (3) ; *Sears* v. *Jeffords*, ante, 821.

                    *Writ of error dismissed.   All the Justices concur.*

Argued November 21, 1903. — Decided March 31, 1904.

Motion to dismiss the writ of error.

*J. M. & H. J. McBride*, for plaintiff.
*Brown & Roop*, *Lloyd Thomas*, and *Head & Head*, for defendants.